UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL BANK AND TRUST, FSB; and THE GIBRALTAR LIFE INSURANCE CO., LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES INC.); J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; CHASE HOME FINANCE, LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; CHASE MORTGAGE FINANCE CORPORATION; CHASE FUNDING, INC.; EMC MORTGAGE LLC (f/k/a EMC MORTGAGE CORPORATION); MASTER FUNDING LLC; and BEAR STEARNS ASSET BACKED SECURITIES I LLC, <br><br> Defendants. | No. 2:12-cv-03489-WHW-MCA <br><br><br><br> **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Plaintiffs The Prudential

Insurance Company of America, Prudential Bank and Trust, FSB, and The Gibraltar Life

Insurance Co., Ltd., certify as follows:

1.    Plaintiff The Prudential Insurance Company of America is a wholly owned subsidiary of Prudential Holdings, LLC, which is a wholly owned subsidiary of Prudential Financial, Inc.

2.    Plaintiff Prudential Bank and Trust, FSB, is a wholly owned subsidiary of Prudential IBH Holdco, Inc., which is a wholly owned subsidiary of Prudential Financial, Inc.

3.    Plaintiff The Gibraltar Life Insurance Co., Ltd., is a wholly owned subsidiary of Prudential Holdings of Japan, Inc., which is a wholly owned subsidiary of Prudential Financial, Inc.

1

DATED:    July 11, 2012                         NUKK-FREEMAN & CERRA, P.C.


                                        By: /s/ Kirsten McCaw Grossman
                                            Kirsten McCaw Grossman
                                            636 Morris Turnpike, Suite 2F
                                            Short Hills, NJ  07078
                                            Telephone:  (973) 564-9100
                                            Fax:  (973) 564-9112

                                            *Attorneys for Plaintiffs The Prudential
                                            Insurance Company of America, Prudential
                                            Bank and Trust, FSB, and The Gibraltar Life
                                            Insurance Co., Ltd.*


OF COUNSEL:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
(*pro hac vice* applications forthcoming)

Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000

Richard A. Schirtzer
Jeremy D. Andersen
David C. Armillei
Jasmine M. Starr
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000