NORRIS MCLAUGHLIN & MARCUS, P.A.
721 Route 202-206
Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
(908) 722-0700
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL BANK AND TRUST, FSB; and THE GIBRALTAR LIFE INSURANCE CO., LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES INC.); J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; CHASE HOME FINANCE, LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; CHASE MORTGAGE FINANCE CORPORATION; CHASE FUNDING, INC.; EMC MORTGAGE LLC (f/k/a EMC MORTGAGE CORPORATION); MASTER FUNDING LLC; and BEAR STEARNS ASSET BACKED SECURITIES I LLC,<br><br>Defendants. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 12-cv-03489 (WHW)(MCA)<br><br>**ORDER ADMITTING J. WESLEY EARNHARDT *PRO HAC VICE*** |

THIS MATTER having been opened before the Court on the application of J. Wesley Earnhardt for admission as attorney *pro hac vice* for defendants in the above-referenced matter;

and the Court having considered the Declaration of the applicant and the Declaration of Robert Mahoney; and counsel for the plaintiffs having consented to the entry of this Order;

IT IS, on this 13 day of August, 2012, ORDERED that the motion by J. Wesley Earnhardt to be admitted as attorney *pro hac vice* for defendants be and the same is hereby GRANTED;

IT IS FURTHER ORDERED that payment shall be made in the amount of $150.00 for admission to the Clerk of the United States District Court for the District of New Jersey, pursuant to L.Civ.R. 101.1(c)(3); and

IT IS FURTHER ORDERED that payment shall be made to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

HON. MADELINE COX ARLEO
United States Magistrate Judge