NUKK-FREEMAN & CERRA, P.C.
*Attorneys for Plaintiffs*
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph. 973.564.9100
Fax 973.564.9112

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL BANK AND TRUST, FSB; and THE GIBRALTAR LIFE INSURANCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES INC.); J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; CHASE HOME FINANCE, LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; CHASE MORTGAGE FINANCE CORPORATION; CHASE FUNDING, INC.; EMC MORTGAGE LLC (f/k/a EMC MORTGAGE CORPORATION); MASTER FUNDING LLC; and BEAR STEARNS ASSET BACKED SECURITIES I LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> 2:12-cv-03489 (WHW)(MCA) <br><br> ORDER FOR *PRO HAC VICE* ADMISSION OF JEREMY ANDERSEN, DAVID ARMILLEI, DANIEL L. BROCKETT, DAVID D. BURNETT, RICHARD A. SCHIRTZER AND JASMINE M. STARR |

This matter having been brought before the Court by Robin H. Rome, Esq., of Nukk-Freeman & Cerra, P.C., counsel for Plaintiffs The Prudential Insurance Company of America, Prudential Bank and Trust, FSB, and The Gibraltar Life Insurance Co., Ltd. (collectively,

"Plaintiffs"), on a motion to allow Jeremy Andersen, David Armillei, Daniel L. Brockett, David D. Burnett, Richard A. Schirtzer, and Jasmine M. Starr, to appear and participate in the above captioned matter *pro hac vice* [Docket Entry No. ____ ]; and the Court having considered the moving papers; and opposing counsel having consented to this motion; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this __13__ day of __AU__, 2012,

**ORDERED** that Plaintiffs' motion be and hereby is granted; and it is further

**ORDERED** that Jeremy Andersen, a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that David Armillei, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Daniel L. Brockett, a member in good standing of the Bar of the States of California, New York and Ohio, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that David D. Burnett, a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Richard A. Schirtzer, a member in good standing of the Bar of the States of California and New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Jasmine M. Starr, a member in good standing of the Bar of the States of California and New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Nukk-Freeman & Cerra, P.C., attorneys of record for Plaintiffs, who are admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2); and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall notify this Court immediately of any disciplinary charges brought against them in the Bar of any other court; and it is further

**ORDERED** that all counsel admitted *pro hac vice* in accordance with this Order shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, R. 1:21-7, as amended; and it is further

**ORDERED** that Nukk-Freeman & Cerra, P.C. may file a request with the Clerk of the Court, the form of which is available on the Court's website, for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
MADELINE COX ARLEO
**United States Magistrate Judge**