NUKK-FREEMAN & CERRA, P.C.
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
Ph.  973.564.9100
Fax 973.564.9112
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL BANK AND TRUST, FSB; and THE GIBRALTAR LIFE INSURANCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES INC.); J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; CHASE HOME FINANCE, LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; CHASE MORTGAGE FINANCE CORPORATION; CHASE FUNDING, INC.; EMC MORTGAGE LLC (f/k/a EMC MORTGAGE CORPORATION); MASTER FUNDING LLC; and BEAR STEARNS ASSET BACKED SECURITIES I LLC, <br><br> Defendants. | CIVIL ACTION NO. <u>2:12-cv-03489 (WHW)(MCA)</u> <br><br> **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel, Nukk-Freeman & Cerra, P.C., for *pro hac vice*

Counsel, Jeremy Andersen, Esq., David Armillei, Esq., Daniel L. Brockett, Esq.,

David D. Burnett, Esq., Richard A. Schirtzer, Esq. and Jasmine M. Starr, Esq., to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting Plaintiffs The Prudential Insurance Company, Prudential Bank and Trust, FSB, and The Gibraltar Life Insurance Co., Ltd's Motion for Jeremy Andersen, Esq., David Armillei, Esq., Daniel L. Brockett, Esq., David D. Burnett, Esq., Richard A. Schirtzer, Esq. and Jasmine M. Starr, Esq. to appear *pro hac vice* in the within matter has been entered [Docket Entry No. 13]; and

2. The Admission Fees, in the amount of $900, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court for the aforementioned attorneys. See [Receipt Number: NEWO14377].

> NUKK-FREEMAN & CERRA, P.C.
> *Attorneys for Plaintiffs The Prudential Insurance Company of America, Prudential Bank and Trust, FSB, and The Gibraltar Life Insurance Co., Ltd.*
>
> By:   s/ Robin H. Rome
>         ROBIN H. ROME, ESQ.

### *PRO HAC VICE* ATTORNEYS INFORMATION:

Jeremy D. Andersen, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
jeremyandersen@quinnemanuel.com
(213) 443-3000

David C. Armillei, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
davidarmillei@quinnemanuel.com
(213) 443-3000

Daniel L. Brockett, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
danbrockett@quinnemanuel.com

(212) 849-7000

David D. Burnett, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
daveburnett@quinnemanuel.com
(212) 849-7000

Richard A. Schirtzer, Esq
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
richardschirtzer@quinnemanuel.com
(213) 443-3000

Jasmine M. Starr, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
jasminestarr@quinnemanuel.com
(213) 443-3000

Dated:  August 22, 2012