# NUKK-FREEMAN & CERRA, PC
EMPLOYMENT ATTORNEYS

August 24, 2012

**VIA ELECTRONIC FILING AND OVERNIGHT MAIL**

The Honorable Madeline Cox Arleo
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

> RE: **The Prudential Insurance Company of America, *et al.* v. J.P. Morgan Securities LLC, *et al.***
> **Docket No: 2:12-cv-03489(WHW)(MCA)**

Dear Judge Arleo:

Our firm, along with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiffs The Prudential Insurance Company of America, Prudential Bank and Trust, FSB and The Gibraltar Life Insurance Co., Ltd. ("Plaintiffs") in the above-referenced matter.

We respectfully submit to Your Honor the enclosed Stipulation between the parties, which permits Plaintiffs to file an Amended Complaint. As set forth in the Stipulation, Defendants have consented to Plaintiffs' request. Further, as the Stipulation also provides, the parties have agreed that the Amended Complaint, which simply adds additional plaintiffs, does not alter the briefing schedule of Plaintiffs' pending Motion to Remand. Finally, we have enclosed a copy of the Amended Complaint to be filed, with exhibits, for the Court's convenience.

Please do not hesitate to contact us if the Court has any questions.

Respectfully Submitted,

NUKK-FREEMAN & CERRA, P.C.

ROBIN H. ROME, ESQ.

Enclosures
cc: Robert Mahoney, Esq. (*via* email with enclosures)
  Daniel Slifkin, Esq. (all *via* email with enclosures)
  J. Wesley Earnhardt, Esq. (*via* email with enclosures)
  Daniel L. Brockett, Esq. (*via* email with enclosures)
  David D. Burnett, Esq. (*via* email with enclosures)