UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL BANK AND TRUST, FSB; THE GIBRALTAR LIFE INSURANCE CO., LTD.; PRUDENTIAL INVESTMENT PORTFOLIOS 2; PRUDENTIAL TRUST COMPANY; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; THE PRUDENTIAL INVESTMENT PORTFOLIOS, INC.; and THE PRUDENTIAL SERIES FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES INC.); J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; CHASE HOME FINANCE, LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; CHASE MORTGAGE FINANCE CORPORATION; CHASE FUNDING, INC.; EMC MORTGAGE LLC (f/k/a EMC MORTGAGE CORPORATION); MASTER FUNDING LLC; and BEAR STEARNS ASSET BACKED SECURITIES I LLC,<br><br>Defendants. | No. 2:12-cv-03489-WHW-MCA<br><br><br><br><br><br>**CERTIFICATION OF SERVICE** |

NUKK-FREEMAN & CERRA, P.C.

Robin H. Rome
Kirsten McCaw Grossman
636 Morris Turnpike, Suite 2F
Short Hills, NJ 07078
Telephone: (973) 564-9100
Fax: (973) 564-9112

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000

Richard A. Schirtzer
Jeremy D. Andersen
David C. Armillei

Jasmine M. Starr<br>
865 South Figueroa Street, 10th Floor<br>
Los Angeles, California  90017<br>
Telephone:  (213) 443-3000

I hereby certify that on August 30, 2012 a copy of the foregoing was filed electronically and served by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

1. Amended Complaint with Exhibits A-Y; and

2. Certification of Service.

s/ Robin H. Rome<br>
ROBIN H. ROME<br>
Nukk-Freeman & Cerra, P.C.<br>
636 Morris Turnpike, Suite 2F<br>
Short Hills, New Jersey 07078<br>
Tel: (973) 564-9100<br>
Fax: (973) 564-9112<br>
*Attorneys for Plaintiffs*

Dated: August 30, 2012