UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL BANK AND TRUST, FSB; THE GIBRALTAR LIFE INSURANCE CO., LTD.; PRUDENTIAL INVESTMENT PORTFOLIOS 2; PRUDENTIAL TRUST COMPANY; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; THE PRUDENTIAL INVESTMENT PORTFOLIOS, INC.; and THE PRUDENTIAL SERIES FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES INC.); J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; CHASE HOME FINANCE, LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; CHASE MORTGAGE FINANCE CORPORATION; CHASE FUNDING, INC.; EMC MORTGAGE LLC (f/k/a EMC MORTGAGE CORPORATION); MASTER FUNDING LLC; and BEAR STEARNS ASSET BACKED SECURITIES I LLC,<br><br>Defendants. | No. 2:12-cv-03489-WHW-MCA<br><br>RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS PRUDENTIAL INVESTMENT PORTFOLIOS 2, PRUDENTIAL TRUST COMPANY, PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P., THE PRUDENTIAL INVESTMENT PORTFOLIOS, INC. AND THE PRUDENTIAL SERIES FUND |

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Plaintiffs Prudential Investment Portfolios 2, Prudential Trust Company, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., The Prudential Investment Portfolios, Inc., and The Prudential Series Fund certify as follows:

1. Plaintiff Prudential Investment Portfolios 2 is an open-end, management investment company, consisting of six funds. The entity was formed in Delaware as an unincorporated business trust. This series of funds is owned by its shareholders. No publicly traded company holds 10% or more of the stock of Prudential Investment Portfolios 2.

1

2. Plaintiff Prudential Trust Company is a wholly-owned subsidiary of Prudential Investment Management, Inc., which is a wholly-owned subsidiary of Prudential Asset Management Holding Company LLC, which is a wholly-owned subsidiary of Prudential Financial, Inc.

   Prudential Financial, Inc. is a publicly traded corporation and owns 100% of the stock of Prudential Trust Company through its wholly-owned subsidiaries as noted.

3. Pru Alpha Fixed Income Opportunity Master Fund I, L.P. is owned by Pru Alpha Partners I, LLC, which is a wholly-owned subsidiary of Prudential Investment Management, Inc., which is a wholly-owned subsidiary of Prudential Asset Management Holding Company LLC, which is a wholly-owned subsidiary of Prudential Financial, Inc.

   Prudential Financial, Inc. is a publicly traded corporation and owns 100% of the stock of Pru Alpha Fixed Income Opportunity Master Fund I, L.P. through its wholly-owned subsidiaries as noted.

4. The Prudential Investment Portfolios, Inc., a Maryland Corporation, is an investment fund owned by its shareholders. No publicly traded company holds 10% or more of the stock of The Prudential Investment Portfolios, Inc.

5. The Prudential Series Fund is incorporated in Maryland and organized as a Delaware statutory trust, the beneficial interests of which are divided into eighteen separate portfolios. No publicly traded company holds 10% or more of the beneficial interests in The Prudential Series Fund.

DATED:   October 9, 2012              NUKK-FREEMAN & CERRA, P.C.


                                      By: /s/ Kirsten McCaw Grossman
                                          Kirsten McCaw Grossman
                                          636 Morris Turnpike, Suite 2F
                                          Short Hills, NJ  07078
                                          Telephone:  (973) 564-9100
                                          Fax:  (973) 564-9112
                                          *Attorneys for Plaintiffs*

OF COUNSEL:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
(admitted *pro hac vice*)

Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000

Richard A. Schirtzer
Jeremy D. Andersen
David C. Armillei
Jasmine M. Starr
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000