**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.  :<br>:<br>Plaintiffs,  :<br>:<br>v.  :<br>:<br>J.P. MORGAN SECURITIES, LLC., et al.  :<br>:<br>Defendants.  :<br>: | **ORDER**<br><br>Civ. No. 1:12-cv-03489 (WHW) |

**Walls, Senior District Judge**

It is, on this 12th day of December, 2012:

ORDERED that this matter is REMANDED to the Superior Court of New Jersey, Law Division, Essex County. Plaintiffs' request for attorney's fees is DENIED.

.

**s/ William H. Walls**

United States Senior District Judge
