William T. Walsh
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J.  07101-0419**

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J.  08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J.  08603

*REPLY TO:* Newark

*Date:*   1/3/2013

Essex County Superior Court of
New Jersey
50 W. Market Street
Rm 131
Newark, New Jersey 07102

        Re: The Prudential Ins. Co. -v- J.P. Morgan Securities
              Your No.ESX-L-03085-11
              USDC No. 12-3489WHW

Dear Sir/Madam:

        Pursuant to Order of Remand entered in above matter, enclosed

please find one Certified copy of Order of Remand and one

Certified copy of docket sheets.

        Kindly acknowledge receipt on copy of this letter.

                                        Very truly yours,

                                        William T. Walsh, Clerk

                              by:   *Norma Rodriguez*
                                    Norma Rodriguez
                                    Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199